FILED
United States Court of Appeals
Tenth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

January 28, 2026

Christopher M. Wolpert
Clerk of Court

_____

ASHLEY WILLEY, et al.,

      Plaintiffs - Appellants,

v.

SWEETWATER COUNTY SCHOOL
DISTRICT #1 BOARD OF TRUSTEES, et
al.,

      Defendants - Appellees.

No. 25-8027
(D.C. No. 1:23-CV-00069-SWS)
(D. Wyo.)

_____

## ORDER

_____

Before **MORITZ** and **FEDERICO**, Circuit Judges, and **ALLEN**, District Judge.[*]

_____

This matter is before the court *sua sponte* to direct supplemental briefing to

address the following questions:

1.     With respect to Willey's free exercise challenge to the terms of her
employment as a teacher, whether the fact that Willey no longer works for
the Sweetwater School District renders her claim moot, in whole or in part?

2.     If this claim is now moot, whether any exception(s) to mootness apply?

Appellant's supplemental brief shall be served and filed within fourteen days from the

date of this order. Appellees' supplemental brief shall be filed within fourteen days of the

filing and service of Appellant's supplemental brief. The supplemental briefs shall be no

_____

[*] The Honorable Ann Marie McIff Allen, U.S. District Judge, U.S. District Court
for the District of Utah, sitting by designation.

longer than fifteen pages in a 13- or 14-point font, and while they need not comply with the content requirements of Fed. R. App. P. 28(a), they should be organized in a manner that is helpful to the court. Hard copies need not be submitted.

Entered for the Court,

Per Curiam